**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 11-00139    PSH    Judge: PAMELA S. HOLLIS  
Case Name: Facklis, Jeffrey Dean  

Trustee Name: RONALD R. PETERSON  
Date Filed (f) or Converted (c): 01/04/11 (f)  
341(a) Meeting Date: 06/11/14  

For Period Ending: 03/31/15  

Claims Bar Date: 11/13/14

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| No Assets To Report | | | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $0.00    $0.00    $0.00    $0.00    $0.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 24, 2015, 02:52 pm:  I met with both Andrew Maxwell and corporate counsel, and have an offer.  I must appraise Eau Claire real estate and look at due diligence material.

August 12, 2014, 08:52 am The Chapter 11 debtor allowed divorce court to divide assets.  Workinig on whether that can be undone.  The guy is questionable.

Initial Projected Date of Final Report (TFR): 05/01/15    Current Projected Date of Final Report (TFR): 09/30/15

/s/    RONALD R. PETERSON  
_____ Date: 04/27/15  
RONALD R. PETERSON

LFORM1EX

Ver: 18.04