UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-00139 |
| | ) | |
| JEFFREY DEAN FACKLIS, | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER APPROVING SETTLEMENT AGREEMENT WITH THE DEBTOR**

Upon consideration of the Trustee's Motion for an Order Approving Settlement Agreement with the Debtor (the "Motion") (capitalized terms used herein and not defined shall have the meanings given to them in the Motion), and it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (iii) this Court has constitutional authority to enter a final order on the Motion; (iv) the Trustee has given due and sufficient notice of the Motion and the hearing thereon and that no other or further notice is necessary; and (iv) upon the record herein after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Agreement attached to the Motion as Exhibit A is approved.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated: September 09, 2015

**Prepared by:**

Ronald R. Peterson (02188473)
John D. VanDeventer (6315809)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone 312-923-2981
Facsimile: 312-840-7381