# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jeffrey Dean Facklis | § | Case No. 1:11-00139-PSH |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  of the United States Bankruptcy Code was filed on 01/04/2011 .  The case was converted to one under Chapter 7 on  04/17/2014 .  The undersigned trustee was appointed on  04/17/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          50,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,287.70 |
| Bank service fees | 1,789.76 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 45,922.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  11/13/2014  and the deadline for filing governmental claims was  11/13/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,750.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,750.00 , for a total compensation of $ 5,750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 79.04 , for total expenses of $ 79.04 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 01/18/2018_____        By:/s/RONALD R. PETERSON_____
                                                Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 11-00139 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | Jeffrey Dean Facklis | | | | Date Filed (f) or Converted (c): | 04/17/2014 (c) |
| | | | | | 341(a) Meeting Date: | 06/11/2014 |
| For Period Ending: | 01/18/2018 | | | | Claims Bar Date: | 11/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  2201 W. Fulton Chicago , Il<br><br>Am Chart Bank holds lien under unfavorable favorable | 6,000,000.00 | 0.00 | | 0.00 | FA |
| 2.  410 Park Avenue, Wilmette Il<br><br>I have a remainder interest if the wife dies or sells the property per the divorce court. | 500,000.00 | 0.00 | | 0.00 | FA |
| 3.  47335 Chapwood Road, Grandview, Wisconsin<br><br>Wife received 40% of the property per divorce court resolution. Two liens on the property   Court approved Docket # 284 | 650,000.00 | 224,000.00 | | 50,000.00 | FA |
| 4.  Cash | 100.00 | 0.00 | | 0.00 | FA |
| 5.  Household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 6.  Bank account | 13,000.00 | 0.00 | | 0.00 | FA |
| 7.  Investments- | 0.00 | 0.00 | | 0.00 | FA |
| 8.  family Books and Pictures | 500.00 | 0.00 | | 0.00 | FA |
| 9.  Wearing apparel - ordinary and necessary | 2,000.00 | 0.00 | | 0.00 | FA |
| 10.  wedding rings, wristwatch, etc. | 250.00 | 0.00 | | 0.00 | FA |
| 11.  Genworth Insurance Term  Policy | Unknown | Unknown | | 0.00 | FA |
| 12.  Genworth Term Policy | Unknown | 0.00 | | 0.00 | FA |
| 13.  Pekin Whole Life<br><br>No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 14.  Purdential  Whole Life<br><br>No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 15.  Transamerica Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 16.  IRA | 500,000.00 | 0.00 | | 0.00 | FA |
| 17.  100 shares Show Department, Inc | Unknown | Unknown | | 0.00 | FA |

FORM 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 11-00139 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | Jeffrey Dean Facklis | | | | Date Filed (f) or Converted (c): | 04/17/2014 (c) |
| | | | | | 341(a) Meeting Date: | 06/11/2014 |
| For Period Ending: | 01/18/2018 | | | | Claims Bar Date: | 11/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 18.  50% Member 2201 W Fulton, LLC (owned by JMF Trust)<br><br>Fulton LL went through its own bankruptcy | Unknown | Unknown | OA | 0.00 | FA |
| 19.  50% member Boreray, LLC | Unknown | Unknown | OA | 0.00 | FA |
| 20.  50% Member Resolution Digital Studios LLC | Unknown | Unknown | OA | 0.00 | FA |
| 21.  Note Receivable - 2201 W. Fulton | 40,000.00 | 0.00 | | 0.00 | FA |
| 22.  Note Receivable - Show Department, Inc. | 15,000.00 | 0.00 | | 0.00 | FA |
| 23.  Possible income tax refund | Unknown | 0.00 | | 0.00 | FA |
| 24.  beneficiary of certain Lee Facklis Life Insurance | Unknown | 0.00 | | 0.00 | FA |
| 25.  beneficiary Lee Facklis insurance (potential) | Unknown | 0.00 | | 0.00 | FA |
| 26.  Lexus | Unknown | Unknown | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $7,725,850.00 | $224,000.00 | | $50,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 22, 2017: The blood feud is now over, and I can close the estate.  Andrew Maxwell has filed his final fee application, which will be heard in very early May.

April 25, 2016.  My estate's end of the case is over, but there is a blood feud between American Charter Bank and the debtor over the meaning of the plan of reorganization in the corporate case and whether Facklis himself was discharged.  There is also a pending appeal on the matter.

April 24, 2015, 02:52 pm:  I met with both Andrew Maxwell and corporate counsel, and have an offer.  I must appraise Eau Claire real estate and look at due diligence material.

August 12, 2014, 08:52 am The Chapter 11 debtor allowed divorce court to divide assets.  Workinig on whether that can be undone.  The guy is questionable.

Initial Projected Date of Final Report (TFR): 05/01/2015    Current Projected Date of Final Report (TFR): 08/31/2017

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: 11-00139 | | Trustee Name: RONALD R. PETERSON |
| Case Name: Jeffrey Dean Facklis | | Bank Name: Associated Bank |
| | | Account Number/CD#: XXXXXX8786 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0329 | | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 01/18/2018 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/15 | 3 | BARBARA DALLIA Attorney for Jeffrrey Facklis | Sale of Real Estate | 1110-000 | $50,000.00 | | $50,000.00 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $19.18 | $49,980.82 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $74.29 | $49,906.53 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $71.80 | $49,834.73 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $74.09 | $49,760.64 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $73.98 | $49,686.66 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $69.10 | $49,617.56 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $73.77 | $49,543.79 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $71.28 | $49,472.51 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $73.55 | $49,398.96 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $71.07 | $49,327.89 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $73.34 | $49,254.55 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $73.22 | $49,181.33 |

| Page Subtotals: | $50,000.00 | $818.67 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 11-00139 | Trustee Name: RONALD R. PETERSON |
| Case Name: Jeffrey Dean Facklis | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8786 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0329 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 01/18/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.76 | $49,110.57 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.01 | $49,037.56 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.55 | $48,967.01 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.80 | $48,894.21 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.70 | $48,821.51 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.56 | $48,755.95 |
| 03/17/17 | 30001 | ALAN D. LASKO & ASSOCIATES, P.C. 205 West Randolph Street Suite 1150 Chicago, IL  60606 | Professional Fees | 3410-000 | | $2,287.70 | $46,468.25 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.61 | $46,396.64 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.76 | $46,329.88 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.87 | $46,261.01 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.56 | $46,194.45 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.69 | $46,125.76 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:                    $0.00          $3,055.57

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-00139 | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | Jeffrey Dean Facklis | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX8786 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0329 | | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 01/18/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $68.58 | $46,057.18 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $66.27 | $45,990.91 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $68.37 | $45,922.54 |

| | COLUMN TOTALS | $50,000.00 | $4,077.46 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $50,000.00 | $4,077.46 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $50,000.00 | $4,077.46 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8786 - Checking Account (Non-Interest Earn | $50,000.00 | $4,077.46 | $45,922.54 |
| | $50,000.00 | $4,077.46 | $45,922.54 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $50,000.00 | |
| Total Gross Receipts: | $50,000.00 | |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-00139-PSH

Debtor Name: Jeffrey Dean Facklis

Claims Bar Date: 11/13/2014

Date: January 18, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $5,750.00 | $5,750.00 |
| 100 2200 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $79.04 | $79.04 |
| 4 100 2950 | Office Of The U.S. Trustee 219 S. Dearborn St. Room 873 Chicago, Il 60604 | Administrative | | $0.00 | $325.00 | $325.00 |
| 7 150 6210 | Maxwell Law Group 105 West Adams Street Suite 3200 Chicago Il 60603-6209 | Administrative | | $0.00 | $60,232.52 | $60,232.52 |
| 6 280 5800 | State Board Of Equalization Special Operations Branch, Mic:55 Po Box 942879 Sacramento Ca 94279-0055 | Priority | Withdrawn - 3/10/2016 | $0.00 | $3,753.87 | $3,753.87 |
| 1 300 7100 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $0.00 | $2,712.46 | $2,712.46 |
| 2 300 7100 | Elan Financial Services P.O. Box 5229 Cincinnati, Oh 45201 | Unsecured | | $0.00 | $28,414.89 | $28,414.89 |
| 3 300 7100 | American Chartered Bank C/O Meltzer, Purtill & Stelle Llc Attn: Jordan M. Litwin 300 S. Wacker Dr., #3500 Chicago, Il 60606 | Unsecured | | $0.00 | $6,403,015.00 | $6,403,015.00 |
| 5 400 4110 | Wilmington Savings Fund Society Dba Christina Trus C/O Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, Sc 29603-0826 | Secured | | $0.00 | $426,928.19 | $426,928.19 |
| | Case Totals | | | $0.00 | $6,931,210.97 | $6,931,210.97 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1

Printed: January 18, 2018

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-00139-PSH                                                                    Date: January 18, 2018
Debtor Name: Jeffrey Dean Facklis
Claims Bar Date: 11/13/2014

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:11-00139-PSH
Case Name: Jeffrey Dean Facklis
Trustee Name: RONALD R. PETERSON

Balance on hand $ 45,922.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Wilmington Savings Fund Society Dba Christina Trus | $ 426,928.19 | $ 426,928.19 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 45,922.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Trustee Expenses: RONALD R. PETERSON | $ 79.04 | $ 0.00 | $ 79.04 |
| Fees: Office Of The U.S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |

Total to be paid for chapter 7 administrative expenses $ 6,154.04

Remaining Balance $ 39,768.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: Maxwell Law Group | $ 60,232.52 | $ 0.00 | $ 39,768.50 |

Total to be paid for prior chapter administrative expenses     $_____39,768.50

Remaining Balance     $_____0.00


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:


NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,434,142.35  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 2,712.46 | $ 0.00 | $ 0.00 |
| 2 | Elan Financial Services | $ 28,414.89 | $ 0.00 | $ 0.00 |
| 3 | American Chartered Bank | $ 6,403,015.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $_____0.00

Remaining Balance     $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE