**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| JEFFREY DEAN FACKLIS, ) | CASE NO. 11-00139 |
| ) | |
| Debtor. ) | Honorable Pamela S. Hollis |
| ) | |

**AMENDED CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, an attorney, hereby certify that on January 24, 2018, I caused a copy of the **Notice Of Trustee's Final Report And Applications For Compensation And Deadline To Object (NFR)** at docket entry no. 318 to be served upon the parties listed on the attached Service List by First Class U.S. mail, postage prepaid.



/s/  *Ronald R. Peterson*
Ronald R. Peterson

## SERVICE LIST

**By First-Class Mail**:

| | |
|---|---|
| Jeffrey Dean Facklis<br>410 Park Ave.<br>Wilmette, IL  60091-2550 | Lee M. Facklis<br>2201 W. Fulton<br>Chicago, IL  60612-2205 |
| American Chartered Bank<br>932 W. Randolph<br>Chicago, IL  60607-2219 | American Chartered Bank<br>c/o Francisco E. Connell<br>Chuhak & Tecson P.C.<br>30 S. Wacker St., Suite 2600<br>Chicago, IL  60606-7512 |
| American Chartered Bank<br>c/o Meltzer, Purtill & Stelle LLC<br>Attn:  Jordan M. Litwin<br>300 S. Wacker Dr., #3500<br>Chicago, IL  60606-6704 | Bank of America, N.A.<br>c/o Prober & Raphael, a Law Corporation<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA  91364-6207 |
| Bank of America<br>P.O. Box 650070<br>Dallas, TX  75265-0070 | Discover Bank<br>DB Servicing Corporation<br>P.O. Box 3025<br>New Albany, OH  43054-3025 |
| U.S. Bank<br>P.O. Box 5229<br>Cincinnati, OH  45201-5229 | IATSE/MPMO Severance Trust, Local Union<br>216 S. Jefferson, Suite 203<br>Chicago, IL  60661-5703 |
| Wilmington Savings Fund Society,<br> dba Christina Trus<br>c/o Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC  29603-0826 | State Board of Equalization<br>Special Operations Branch, MIC:55<br>P.O. Box 942879<br>Sacramento, CA  94279-0055 |
| Andrew J. Maxwell<br>Maxwell Law Group, LLC<br>105 W. Adams St., Suite 3200<br>Chicago, IL  60603-6209 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 |
| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn Street, Room 873<br>Chicago, IL  60604-2027 | |