# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Jeffrey Dean Facklis | § | Case No. 1:11-00139-PSH |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 6,556,450.00                     Assets Exempt: 519,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00             Claims Discharged
                                                   Without Payment: 7,107,086.70

Total Expenses of Administration: 50,000.00

---

3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 672,944.35 | $ 426,928.19 | $ 426,928.19 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 60,232.52 | 60,232.52 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 3,753.87 | 3,753.87 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 6,434,142.35 | 6,434,142.35 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 672,944.35 | $ 6,975,056.93 | $ 6,975,056.93 | $ 50,000.00 |

4) This case was originally filed under chapteron 01/04/2011 , and it was converted to chapter 7 on 04/17/2014 . The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/01/2018          By:/s/RONALD R. PETERSON
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 47335 Chapwood Road, Grandview, Wisconsin | 1110-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank 932 W. Randolph Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America P.O. Box 650070 Dallas, TX 75265-0070 | | 426,722.14 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America P.O. Box 650070 Dallas, TX 75265-0070 | | 246,222.21 | NA | NA | 0.00 |
| 5 | Wilmington Savings Fund Society Dba Christina Trus | 4110-000 | NA | 426,928.19 | 426,928.19 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 672,944.35 | $ 426,928.19 | $ 426,928.19 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 5,750.00 | 5,750.00 | 5,750.00 |
| RONALD R. PETERSON | 2200-000 | NA | 79.04 | 79.04 | 79.04 |
| ASSOCIATED BANK | 2600-000 | NA | 1,789.76 | 1,789.76 | 1,789.76 |
| Office Of The U.S. Trustee | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 2,287.70 | 2,287.70 | 2,287.70 |
| Andrew Maxwell | 3701-000 | NA | 39,768.50 | 39,768.50 | 39,768.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Maxwell Law Group | 6210-000 | NA | 60,232.52 | 60,232.52 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 60,232.52 | $ 60,232.52 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | State Board Of Equalization | 5800-000 | NA | 3,753.87 | 3,753.87 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 3,753.87 | $ 3,753.87 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank 932 W. Randolph Chicago, IL | | 0.00 | NA | NA | 0.00 |
| 3 | American Chartered Bank | 7100-000 | NA | 6,403,015.00 | 6,403,015.00 | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | NA | 2,712.46 | 2,712.46 | 0.00 |
| 2 | Elan Financial Services | 7100-000 | NA | 28,414.89 | 28,414.89 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 0.00 | $ 6,434,142.35 | $ 6,434,142.35 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-00139 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | Jeffrey Dean Facklis | | | | Date Filed (f) or Converted (c): | 04/17/2014 (c) |
| | | | | | 341(a) Meeting Date: | 06/11/2014 |
| For Period Ending: | 05/01/2018 | | | | Claims Bar Date: | 11/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2201 W. Fulton Chicago, Il   Am Chart Bank holds lien under unfavorable favorable | 6,000,000.00 | 0.00 | | 0.00 | FA |
| 2. 410 Park Avenue, Wilmette Il   I have a remainder interest if the wife dies or sells the property per the divorce court. | 500,000.00 | 0.00 | | 0.00 | FA |
| 3. 47335 Chapwood Road, Grandview, Wisconsin   Wife received 40% of the property per divorce court resolution. Two liens on the property  Court approved Docket # 284 | 650,000.00 | 224,000.00 | | 50,000.00 | FA |
| 4. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Bank account | 13,000.00 | 0.00 | | 0.00 | FA |
| 7. Investments- | 0.00 | 0.00 | | 0.00 | FA |
| 8. family Books and Pictures | 500.00 | 0.00 | | 0.00 | FA |
| 9. Wearing apparel - ordinary and necessary | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. wedding rings, wristwatch, etc. | 250.00 | 0.00 | | 0.00 | FA |
| 11. Genworth Insurance Term Policy | Unknown | Unknown | | 0.00 | FA |
| 12. Genworth Term Policy | Unknown | 0.00 | | 0.00 | FA |
| 13. Pekin Whole Life   No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 14. Purdential Whole Life   No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 15. Transamerica Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 16. IRA | 500,000.00 | 0.00 | | 0.00 | FA |
| 17. 100 shares Show Department, Inc | Unknown | Unknown | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 11-00139 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | Jeffrey Dean Facklis | | | | Date Filed (f) or Converted (c): | 04/17/2014 (c) |
| | | | | | 341(a) Meeting Date: | 06/11/2014 |
| For Period Ending: | 05/01/2018 | | | | Claims Bar Date: | 11/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. 50% Member 2201 W Fulton, LLC (owned by JMF Trust)  Fulton LL went through its own bankruptcy | Unknown | Unknown | OA | 0.00 | FA |
| 19. 50% member Boreray, LLC | Unknown | Unknown | OA | 0.00 | FA |
| 20. 50% Member Resolution Digital Studios LLC | Unknown | Unknown | OA | 0.00 | FA |
| 21. Note Receivable - 2201 W. Fulton | 40,000.00 | 0.00 | | 0.00 | FA |
| 22. Note Receivable - Show Department, Inc. | 15,000.00 | 0.00 | | 0.00 | FA |
| 23. Possible income tax refund | Unknown | 0.00 | | 0.00 | FA |
| 24. beneficiary of certain Lee Facklis Life Insurance | Unknown | 0.00 | | 0.00 | FA |
| 25. beneficiary Lee Facklis insurance (potential) | Unknown | 0.00 | | 0.00 | FA |
| 26. Lexus | Unknown | Unknown | OA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $7,725,850.00    $224,000.00    $50,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 23, 2018:  TFR filed 1/19/2018, and the distribution checks have cleared the bank. The TDR should be filed within two weeks.

April 22, 2017:  The blood feud is now over, and I can close the estate.  Andrew Maxwell has filed his final fee application, which will be heard in very early May.

April 25, 2016.  My estate's end of the case is over, but there is a blood feud between American Charter Bank and the debtor over the meaning of the plan of reorganization in the corporate case and whether Facklis himself was discharged.  There is also a pending appeal on the matter.

April 24, 2015, 02:52 pm:  I met with both Andrew Maxwell and corporate counsel, and have an offer.  I must appraise Eau Claire real estate and look at due diligence material.

August 12, 2014, 08:52 am The Chapter 11 debtor allowed divorce court to divide assets.  Workinig on whether that can be undone.  The guy is questionable.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Initial Projected Date of Final Report (TFR): 05/01/2015        Current Projected Date of Final Report (TFR): 08/31/2017

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-00139 | Trustee Name: RONALD R. PETERSON |
| Case Name: Jeffrey Dean Facklis | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8786 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0329 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 05/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/15 | 3 | BARBARA DALLIA Attorney for Jeffrrey Facklis | Sale of Real Estate | 1110-000 | $50,000.00 | | $50,000.00 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $19.18 | $49,980.82 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $74.29 | $49,906.53 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $71.80 | $49,834.73 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.09 | $49,760.64 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.98 | $49,686.66 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.10 | $49,617.56 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.77 | $49,543.79 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.28 | $49,472.51 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.55 | $49,398.96 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.07 | $49,327.89 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.34 | $49,254.55 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.22 | $49,181.33 |

Page Subtotals: $50,000.00   $818.67

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 11-00139 | Trustee Name: RONALD R. PETERSON |
| Case Name: Jeffrey Dean Facklis | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8786 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0329 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 05/01/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.76 | $49,110.57 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.01 | $49,037.56 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.55 | $48,967.01 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.80 | $48,894.21 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.70 | $48,821.51 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.56 | $48,755.95 |
| 03/17/17 | 30001 | ALAN D. LASKO & ASSOCIATES, P.C. 205 West Randolph Street Suite 1150 Chicago, IL  60606 | Professional Fees | 3410-000 | | $2,287.70 | $46,468.25 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.61 | $46,396.64 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.76 | $46,329.88 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.87 | $46,261.01 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.56 | $46,194.45 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.69 | $46,125.76 |

Page Subtotals: $0.00    $3,055.57

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-00139 | Trustee Name: RONALD R. PETERSON |
| Case Name: Jeffrey Dean Facklis | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8786 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0329 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 05/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.58 | $46,057.18 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.27 | $45,990.91 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.37 | $45,922.54 |
| 03/09/18 | 30002 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL 60654-3456 | Distribution | | | $5,829.04 | $40,093.50 |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. ($5,750.00) | 2100-000 | | | |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. ($79.04) | 2200-000 | | | |
| 03/09/18 | 30003 | Office Of The U.S. Trustee 219 S. Dearborn St. Room 873 Chicago, Il 60604 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 2950-000 | | $325.00 | $39,768.50 |
| 03/09/18 | 30004 | Maxwell Law Group 105 West Adams Street Suite 3200 Chicago Il 60603-6209 | Final distribution to claim 7 representing a payment of 66.02 % per court order. | 6210-000 | | $39,768.50 | $0.00 |
| 04/03/18 | 30004 | Maxwell Law Group 105 West Adams Street Suite 3200 Chicago Il 60603-6209 | Final distribution to claim 7 representing a payment of 66.02 % per court order. Reversal | 6210-000 | | ($39,768.50) | $39,768.50 |
| 04/04/18 | 30005 | Andrew Maxwell 20 North Clark Street Suite 200 Chicago, Il 60602 | Debtor's Counsel'S Fees Replaces Check because Maxwell Moved | 3701-000 | | $39,768.50 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $50,000.00 | $50,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $46,125.76 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | |
|---|---:|---:|
| Subtotal | $50,000.00 | $50,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,000.00 | $50,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8786 - Checking Account (Non-Interest Earn | $50,000.00 | $50,000.00 | $0.00 |
|  | $50,000.00 | $50,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $50,000.00 |

Page Subtotals:  $0.00  $0.00